IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALONDRA PORTILLO, *and All Others Similarly Situated Under 29 U.S.C. 216(b)*, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| KINCAID, INC., CAMPUZANO MIDLOTHIAN, L.L.C., CAMPUZANO CEDAR HILL, L.L.C., and BRIAN HARDING, | ) ) ) ) ) | |
| Defendants. | ) | Civil Action No. 3:18-CV-1759-C |

**JUDGMENT**

The Jury having entered its verdict, and the Court having awarded attorneys' fees by Order dated February 10, 2020,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Alondra Portillo, as awarded by the Jury, have and recover from the Defendants KINCAID, INC., CAMPUZANO MIDLOTHIAN, L.L.C., and CAMPUZANO CEDAR HILL, L.L.C., jointly and severally, the amount of $20,577.27.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Alondra Portillo, as the prevailing party, have and recover from the Defendants KINCAID, INC., CAMPUZANO MIDLOTHIAN, L.L.C., and CAMPUZANO CEDAR HILL, L.L.C., jointly and severally, attorneys fees and costs in the amount of $34,292.06.

SIGNED this 13th day of February, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE